UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Ernest Adimora-Nweke *et al*, (& similarly situated)<br>*Plaintiff(s)*<br>v.<br>Wells Fargo Bank N.A,<br>*Defendant* | §<br>§<br>§<br>§<br>§ | Civil Action No<br><u>3:26-CV-01376-JSC</u> |

**<u>PLAINTIFF(S) AMENDED MOTION FOR LEAVE TO AMEND PLEADING with AMENDED PROPOSED PLEADING (Cf. Doc 28-1) EXHIBIT</u>**
**<u>(with amended proposed order)</u>**

**TO THE HONORABLE COURT & CLERK:**

Plaintiff(s) hereby file the following amended motion with Amended proposed pleading Exhibit 1 (Cf. Doc. 28-1) in support of Plaintiff(s) FRCP Rule 15(a)(2) motion for leave to amend pleading (Doc. 27):

**<u>NOTICE OF HEARING or SUBMISSION</u>**

Plaintiff(s) hereby NOTICE all persons & counsels that Plaintiff(s)' (a) FRCP Rule 15(a)(2) motion & amended motion for leave to amend pleading shall be heard via zoom teleconference hearing on June 11, 2026 at 10am, or ruled upon by submission:

**<u>RELIEFS REQUESTED</u>**

(a) Plaintiff(s) asks this court to grant pleading amendment in this action, with the proposed pleading attached as Amended Exhibit 1 to serve as the new governing pleading in this action, & not the proposed pleading amendment version filed in Doc. 28-1.

(b) Plaintiff(s) also asks that this Court grant said leave to amend pleading without the Pg. 2 of "<u>Civil Standing Order For District Judge Jacqueline Scott Corley</u>", Revised 1/21/25, Subsection E, "**Amended Pleadings**" sub-subsection requirement to file a redline or

highlighted comparison version concurrent with the amended Exhibit 1 attached proposed pleading.

## FACTS & ARGUMENT

### a. Amended Motion for leave to amend pleading

Plaintiff(s) seek leave to amend the Doc. 1 complaint pursuant to FRCP Rule 15(a)(2). The proposed amended pleading hereby attached as Amended Exhibit 1 to this document, & not with the Exhibit 1 attached in Doc. 28-1 for the Doc. 27 motion for leave to amend pleading.

This proposed Amended Exhibit 1 pleading amendment resolves the issues Wells Fargo raises in Sections IV(A), IV(D)(2), & IV(D)(3) of its Doc. 22 motion to dismiss. See Doc. 22, Pgs. 16 – 19. It removes the Negligence claim and the Cal. Civ. Code §1770(a) ("CLRA") claims. However, it does replace the negligence & CLRA claims with a detail pled Fraud by Concealment (or Fraudulent Concealment) alternative claim. *See* Pgs. 2, 12 – 14 of attached Amended Exhibit 1.

Plaintiff(s) are allowed to plead alternative or inconsistent claims for relief. *See* FRCP Rules 8(a)(3), 8(d)(2), & 8(d)(3). Hence, even if Wells Fargo finds the fraud by concealment claim alternative to, or inconsistent with Plaintiff(s) 42 U.S.C. §1981 claim, said Fraud by Concealment (or Fraudulent Concealment) claim is allowed under federal rules.

Plaintiff(s) proposed pleading amendment also includes the Fraud by Concealment alternative claim in the class action. *See* Pgs. 14 – 23 of attached Amended Exhibit 1.

Plaintiff(s) proposed pleading amendment also amends the proposed class member definition subclasses, & NOTE-suggests sub-subclasses as necessary upon class action certification. *See* Pgs. 15–18 & 22 of attached Amended Exhibit 1; *See* also, FRCP Rules 23(c)(1)(B) & 23(c)(1)(C)

Plaintiff(s) proposed pleading amendment also includes additional details in the Facts & Argument section, which better highlights that Wells Fargo treats Plaintiff(s) subject IOLTA business checking account as any other business or personal checking account. *See* Pg. 4 of attached Amended Exhibit 1 ("Example: Most recently… Plaintiff was then able to make deposit and/or withdrawal transactions on the account.) Hence, any undisclosed or unduly disclosed Wells Fargo allegations that Plaintiff(s)' Wells Fargo IOLTA business checking account did not meet the criteria for the sought business line of credit, is irrelevant.

Plaintiff(s) proposed pleading amendment also removes "negligence" from the "Culpable Mental State" section, and adds the term "Culpable Mental State." *See* Pg. 10 of attached Amended Exhibit 1.

Although immaterial, to further resolve the "incorporation by reference" language issue Wells Fargo raised in Doc. 22's Section IV(A) for the 42 U.S.C. §1981 claim, & for the additional Fraud by Concealment claim sections, Plaintiff(s) proposed pleading amendment specifies the "Facts & Argument, & Culpable Mental State" section contents which are repeated, realleged, & incorporated by reference, & cites to FRCP Rule 10(c). *See* Pgs. 10 & 12 of attached Amended Exhibit 1.

Plaintiff(s) proposed pleading amendment also adds the two paragraphs detailing damages, into the 42 U.S.C. §1981 cause of action claims section. *See* Pg. 11 of attached Amended Exhibit 1 ("Plaintiff(s) (& similarly situated persons) suffered resulting damages including (a) direct financial losses… Plaintiff(s) (& similarly situated persons) damages include anxiety… loss of business opportunities, etc.")

Plaintiff(s) proposed pleading amendment also further details the questions of law or fact common to Class Members in the Class Action Allegations & Motion section. *See* Pg. 18, 22–23 of attached Amended Exhibit 1.

Plaintiff(s) proposed pleading amendment also expands on the statement that "Plaintiff(s)' situation is no different from that of other similarly situated harmed consumers/putative Plaintiffs if joined…" (*See* Doc. 1, Pg. 13) with "Plaintiff(s)' situation (e.g., application for business line of credit product or service denied because of terms, criteria, or conditions undisclosed to Plaintiff(s) in writing before or during the business line of credit application process, or before submitting the business line of credit application) is no different from that of other similarly situated harmed persons/putative Plaintiffs if joined. Hence, adjudications with respect to individual class members, as a practical matter, would be dispositive of the interests of the other members not parties to the individual adjudications." *See* Pg. 15 of attached Amended Exhibit 1.

Plaintiff(s) proposed pleading amendment also adds paragraphs detailing damages, into the Reliefs Requested section. *See* Pgs. 23–24 of attached Amended Exhibit 1.

Also, the terms "negligence" & "Cal Civ. Code §1770" is removed throughout the pleading and replaced with "fraud by concealment" or "fraudulent concealment." *See* Pgs. 2, 3, 9, 12, 14, 15, & 23 of attached Amended Exhibit 1.

Throughout the Amended Exhibit 1 proposed pleading amendment, Plaintiff(s) also replaced the word "consumer" with "person" except in Pg. 2 of Amended Exhibit 1's sentence where Plaintiff(s) cite to footnote 4. *See* Pg. 3 of attached Amended Exhibit 1 ("…discrimination in general **consumer** banking products & services.") Said Pg. 3 of attached Amended Exhibit 1 is the only place the word "consumer" exists in the proposed pleading amendment. *Id.*

Also, in the Amended Exhibit 1 proposed pleading amendment, Plaintiff(s) included the word "formerly" in footnote 1. See Pg. 3, fn. 1 of attached Amended Exhibit 1. Plaintiff(s) also adjusted footnotes

Additionally, Plaintiff(s) expanded on & elaborated on the official documents & government press release documents/materials cited in footnotes 2 – 4 with further details about their relevance to the action.

Plaintiff(s) also added to the jurisdiction & venue section with an alternative pleading for U.S. District Court, Southern District of Texas Houston Division venue justification per the outstanding filed 28 U.S.C. §1404(a) motion transfer venue per *inter alia*, consent of parties, convenience, & interest of justice. *See* Doc. 33.

Plaintiff(s) also adjusted the damages amount pled in Doc. 1, Pg. 1's Jurisdiction & Venue Section, to read "Aggregate damages sought is also above $100,000,000.00." See Pg. 2 of attached Amended Exhibit 1.

Finally, the attached Amended Exhibit 1 is formatted to comply with N.D. Cal Civ. Local Rules document formatting requirements per font size, footnote naming of document, etc.

**<u>Redline or Highlighted versions requirement waiver request, & Wells Fargo Is Not Unfairly Prejudiced By Pleading Amendment</u>**

Defendant, Wells Fargo is not unfairly prejudiced by this pleading amendment request. Contents of Pgs. 5 & 6 of Doc. 27 are hereby incorporated by reference. *See* FRCP Rule 10(c).

**Relief Requested**

For these reasons, leave to amend pleading with the attached Amended Exhibit 1 should be freely granted as justice so requires. *See* FRCP Rule 15(a)(2); *See also*, FRCP Rules 8(a)(3), 8(d)(2), & 8(d)(3).

Wherefore Plaintiff(s) asks this court to grant pleading amendment in this action, with the proposed pleading attached as Amended Exhibit 1 to serve as the new governing pleading in this action, & not the proposed pleading amendment version filed in Doc. 28-1.

Plaintiff(s) also asks that this Court grant said leave to amend pleading without the Pg. 2 of "Civil Standing Order For District Judge Jacqueline Scott Corley", Revised 1/21/25, Subsection E, "**Amended Pleadings**" sub-subsection requirement to file a redline or highlighted comparison version concurrent with the amended Exhibit 1 attached proposed pleading.

Respectfully submitted,
/s/ Ernest Adimora-Nweke
Ernest Adimora-Nweke (TX St. Bar # 24082602)
Adimora Law Firm
3050 Post Oak Blvd. Suite 510
Houston, TX 77056
281-940-5170
ernest@adimoralaw.com
*Pro Se*, Plaintiff(s), Proposed Class Representative & Class Counsel
http://adimoralaw.com/lawyer-profile/

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above has been filed with USDC ND Cal, San Francisco per the file-stamp date, & served below Wells Fargo Defendant attorneys pursuant to Fed. R. Civ. Pro. Respectfully Submitted, /s/ Ernest Adimora-Nweke

Served On: (1) Heather Britton Chaney, McGuireWoods LLP, 1750 Tysons Blvd, Ste 1800, Tysons, VA 22102-4215. Email: HChaney@mcguirewoods.com; (2) Alicia A. Baiardo, McGuireWoods LLP, Two Embarcadero Center, Ste 1300, San Francisco, CA 94111. Email: ABaiardo@mcguirewoods.com; (3) Todd D. Dressel, McGuireWoods LLP, Two Embarcadero Center, Ste 1300, San Francisco, CA 94111. Email: tdressel@mcguirewoods.com; & (4) Christian T. Hochhausler, McGuireWoods LLP, Two Embarcadero Center, Ste 1300, San Francisco, CA 94111. Email: chochhausler@mcguirewoods.com

(Attorneys for Defendant)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Ernest Adimora-Nweke *et al*, (& similarly situated) | § | |
| *Plaintiff(s)* | § | Civil Action No 3:26-CV-01376-JSC |
| v. | § | |
| Wells Fargo Bank N.A, | § | |
| *Defendant* | | |

**<u>PLAINTIFF(S) AMENDED MOTION FOR LEAVE TO AMEND PLEADING with AMENDED PROPOSED PLEADING (Cf. Doc 28-1) EXHIBIT FOR (Doc. 27) (Amended Proposed Order)</u>**

On this _____________day of _________, 20__ came hearing &/or consideration on Plaintiff(s)' (a) FRCP Rule 15(a)(2) motion for leave to amend pleading, & this court hereby rules as follows:

(1) This Court hereby GRANTS Plaintiff(s) leave to amend the Doc. 1 complaint on file, per FRCP Rule 15(a)(2), with the 24-page document attached as Amended Exhibit 1. Said attached Amended Exhibit 1 is titled "<u>Plaintiff(s) 1st Amended Complaint & Class Action Motion</u>."

- Said attached Amended Exhibit 1 "<u>Plaintiff(s) 1st Amended Complaint & Class Action Motion</u>" document is hereby ORDERED & DEEMED as the currently governing & operative complaint in this action.

(2) Plaintiff(s) do not have to file a mark-up or highlighted copy as required by the Court's Civil Standing Order.

_______________________________________ Judge Presiding